CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:23mj 58

DATE: 9|5|23

UNITED STATES OF AMERICA

v.

COUNSEL

I.  Lewis Wayne Snoots
Deft appeared via VTC ( ) ZOOM ( )

I.  Amy Austin (w)

**APPEARANCES:**    GOVERNMENT  Heather Mansfield    (w)
DEFENDANT WITH COUNSEL ( X)    DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT    ( )    WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:**    DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( X ) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**    INITIAL ( X ) Rule 5 ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**    WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**    DATE OF ARREST: 9|5|23    GOVT'S MOTION TO UNSEAL ( X ) Granted
GOVT SUMMARIZED CHARGES ( X ) DEFT ADVISED OF RULE 5 RIGHTS ( X )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( X ) For Richmond
DEFT TO RETAIN COUNSEL ( X )  hearing only
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**    GOVT ADDUCED EVIDENCE ( )    DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )    FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**    GOVT ADDUCED EVIDENCE ( )    DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )    FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( X ) DEFENDANT RELEASED ON BOND ( X )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____
_____ *Deft submitted Rule 5 waiver_____
_____
_____ *See pg 2 for conditions_____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )

**CASE CONTINUED TO:** 9|14|23 @ 12:30PM by Zoom in D.C. FOR Initial Appearance
**CASE SET:** 2:00    BEGAN: 2:14    ENDED: 2:34    TIME IN COURT: **20 minutes**

**BOND CONDITIONS:**

Commonwealth of Virginia.

✓   RESIDENCE/TRAVEL RESTRICTED TO ~~EDVA~~   Defendant shall not travel to the District of Columbia for any
✓   PRETRIAL SUPERVISION   reason other than Court hearings, meetings with Pretrial Services,
✓   NO DRUGS   or meetings with counsel
✓   NO FIREARMS
_____   NO ALCOHOL _____ NO EXCESSIVE USE OF ALCOHOL
_____   MAINTAIN/SEEK EMPLOYMENT _____ SHOW PROOF OF INCOME
✓   AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC.
✓   SUBSTANCE ABUSE TESTING ✓ TREATMENT ___ PAY COSTS AS DIRECTED
_____   MENTAL HEALTH EVALUATION AND/OR TREATMENT _____ PAY COSTS
_____   ELECTRONIC MONITORING ____ PAY COSTS
_____   3RD PARTY CUSTODIAN
✓   MAINTAIN CONTACT WITH ATTORNEY
✓   SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
✓   IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
✓   MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
_____   CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____

_____

_____